FILED BY _____ D.C.

MAY 27 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

JOSEPH L. WORRELL And Military Dependentts , Plaintiff,

vs.

Case No. _____

EMIGRANT MORTGAGE COMPANY INC. , Defendant(s)

## Motion For Referral To Volunteer Attorney Program

I, JOSEPH L. WORRELL , am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: [signed]
Printed name: JOSEPH L. WORRELL
Address: PO BOX 30071
WEST PALM BEACH, FLORIDA 33420

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/U.S. Mail/other]  on   [date] on all counsel or parties of record on the Service List below.

Signature: _____
Printed name: JOSEPH L. WORRELL

**SERVICE LIST**
Attorney or Party Name
Attorney or Party E-mail Address
Firm Name
Street Address City, State, Zip Code
Telephone: (xxx) xxx-xxxx
Facsimile: (xxx) xxx-xxxx
Attorneys for Plaintiff/Defendant