UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSEPH LLEWELLYN WORRELL,

        CASE NO. 9:16-cv-80870-WJZ

    Plaintiff

    v.        HONORABLE WILLIAM J. ZLOCH

BECKER & POLIAKOFF, P.A.;
ROBIN R. WEINER, ESQ.; EMIGRANT
MORTGAGE COMPANY, INC.; and
ALAN J. FISHER, P.A.,

    Defendants
_____/

### DEFENDANT ALAN J. FISHER, P.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Alan J. Fisher, P.A. ("AJFPA"), pursuant to Local Rule 7.1(a)(1)(J) and Fed. R. Civ. P. 6(b)(1)(A) moves for, and Plaintiff does not oppose, an extension of time to respond to Plaintiff's Complaint, up to and including October 11, 2016. In support of its motion, AJFPA states:

1. On or about June 22, 2016, Plaintiff served its Complaint upon AJFPA.

2. Pursuant to Federal Rule of Civil Procedure 6(b), the Court is permitted discretion to enlarge time periods for good cause. Here, good cause exists for the extension of time sought.

3. Plaintiff, who is *pro se*, has informed AJFPA that he is reporting for active duty very shortly and that he will be on active duty for most of the summer. AJFPA has requested information from the Plaintiff and the Plaintiff has agreed to provide information and documentation Plaintiff believes is relevant to this case. AJFPA is also gathering

information and documentation necessary to file a pleading fully responsive to Plaintiff's complaint.

4. On or about June 28, 2014, Alan J. Fisher of AJFPA conferred with the Plaintiff about the extension of time requested in this motion. The Plaintiff stated that he does not oppose an extension of time and, give the facts set forth, above, suggested an extension up to and including October 11, 2016.

5. AJFPA makes this motion in good faith and not for the purpose of delay, but rather in the interest of judicial economy. In addition. an enlargement of time will not prejudice any party and, in fact, will benefit the parties by allowing them to gather and share information necessary to bringing clarity to this case.

WHEREFORE Defendant, Alan J. Fisher, P.A., respectfully requests that this Honorable Court enter an Order enlarging the time to respond to Plaintiff's Complaint, up to and including October 11, 2016.

## CERTIFICATE OF GOOD FAITH CONFERENCE

On or about June 28, 2016, Defendant Alan J. Fisher, P.A., conferred telephonically with all parties or non-parties who may be affected by the relief sought in the Motion in a good faith effort to resolve the issues raised in this Motion and has been authorized bythe Plaintiff to state that the Plaintiff is unopposed to the relief sought.

Respectfully submitted,

Alan J. Fisher, P.A.
433 Paza Real
Suite 275
Boca Raton, FL 33432
Telephone: 561.300.3375
Facsimile:  561.300.3381

By: /s/ Alan J. Fisher
Alan J. Fisher (FBN 43291)
alan@alanfisherpa.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was sent via U.S. Mail to the following parties of record below on June 30, 2016.

Joseph Llewellyn Worrell, *pro se*
P.O. Box 30071
West Palm Beach, FL 33420

/s/ Alan J. Fisher
Alan J. Fisher (FBN 43291)