IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-cv-80870 ZLOCH/HUNT

JOSEPH L. WORRELL,
And Military Dependents,
Jointly and severally,

    Plaintiff,

v.

EMIGRANT MORTGAGE COMPANY, INC., BECKER & POLIAKOFF, P.A., ROBIN R. WEINER, ESQ., ALAN J. FISHER, P.A.,

    Defendants.

**APPENDIX TO DEFENDANT, EMIGRANT MORTGAGE COMPANY, INC.'S MOTION TO DISMISS AND INCORPORATED <u>MEMORANDUM OF LAW</u>**

Becker & Poliakoff, P.A.
Attorneys for Appellee
121 Alhambra Plaza
10th Floor
Coral Gables, FL  33134
(305) 262-4433
(305) 442-2232 Fax

By: _____
    Steven M. Davis
    Florida Bar # 894249

CASE NO: 16-cv-80870 ZLOCH/HUNT

# INDEX TO DEFENDANT'S APPENDIX

| Exhibit: | Pages: | Description |
|---|---|---|
| A | 1 - 14 | Docket for Case No. 50-2007-CA-019114-XXXX-MB-AW |
| B | 15 - 65 | Complaint and Exhibits |
| C | 66 | Motion for Extension of Time |
| D | 67 – 68 | Answer and Affirmative Defenses |
| E | 69 - 70 | Motion for Summary Final Judgment and Motion to Tax Costs and Attorney's Fees |
| F | 71 – 72 | Motion to Dismiss / Deny Request for Summary Judgment |
| G | 73 – 77 | Final Summary Judgment |
| H | 78 – 79 | Order Dismissing Case for Failure to Make Pre-Confirmation Plan Payment and for Failure to Appear at the Section 341 Meeting of Creditors |
| I | 80 – 81 | Order Rescheduling Foreclosure Sale |
| J | 82 – 87 | Motion to Reinstate Chapter 13 and Motion for Stay of Proceedings |
| K | 88 – 89 | Notice of Hearing |
| L | 90 | Certificate of Sale |
| M | 91 – 93 | Order Granting Debtor's Motion to Reinstate Chapter 13 Case and Motion for Stay of Proceedings |
| N | 94 – 95 | Order Denying Confirmation and Dismissing Chapter 13 Case |
| O | 96 – 97 | Order Denying Motion to Reinstate Chapter 13 Case and Motion for Stay of Proceedings |
| P | 98 | Order Denying Emergency Motion to Reopen Chapter 13 Proceedings Pursuant to 50 U.S.C. 501 et. seq. |
| Q | 99 | Order Denying Plaintiff's Motion for Entry of Certificate of Title. |
| R | 100 | Order Denying Plaintiff's Motion for Entry of Certificate of Title without Prejudice. |
| S | 101 – 102 | Order on Plaintiff's Motion for Rehearing |
| T | 103 – 104 | Order Granting Motion for Entry of Certificate of Title |
| U | 105 | Certificate of Title |
| V | 106 – 109 | Notice of Appeal |

| W | 110 – 111 | Fourth District Court Docket – Case No. 4D13-767 |
| X | 112 – 120 | Notice of Hearing and Motion for Order Directing Clerk to Issue Writ of Possession |
| Y | 121 – 144 | Cross-Notice of Hearing, Emergency Motion to Stay Issuance of Writ of Possession Pending Appeal and Pursuant to SCRA (50 USC §501 App. Et. Sq.) and Motion in Opposition to Issuance of Writ of Possession |
| Z | 145 – 146 | Order Directing Clerk to Issue Writ of Possession |
| AA | 147 | Writ of Possession |
| BB | 148 – 155 | Emergency Motion to Stay Issuance of Writ of Possession Pending Appeal and Pursuant to SCRA (50 USC §501 App. Et. Sq.) |
| CC | 156 - 157 | Order Directing Clerk to Issue Writ of Possession |
| DD | 158 | Alias Writ of Possession |
| EE | 159 - 184 | Emergency Motion to Stay Issuance of Writ of Possession |
| FF | 185 | Order Denying Emergency Motion to Stay Issuance of Writ of Possession |
| GG | 186 | Palm Beach County Sheriff's Office Original Return |
| HH | 187 | Fourth District Court Opinion – Case No. 4D13-767 |
| II | 188 – 196 | Notice of Appearance and Defendant's Verified Motion to Vacate Summary Final Judgment of Foreclosure, Set Aside August 31, 2009 Foreclosure ale and Set Aside the Order Directing the Clerk to Issue the Writ of Possession dated May 16, 2014 |
| JJ | 197 – 198 | Order Denying Defendant's Verified Motion to Vacate Summary Final Judgment of Foreclosure, Set Aside August 31, 2009 Foreclosure ale and Set Aside the Order Directing the Clerk to Issue the Writ of Possession dated May 16, 2014 |
| KK | 199 – 201 | Notice of Appeal – Case No. 4D14-2676 |
| LL | 202 | Fourth District Court Order Affirming – Case No. 4D14-2676 |
| MM | 203 - 217 | Motion for Rehearing, Motion for Rehearing En Banc, Request for Written Opinion and Motion for Certification of Conflict. |
| NN | 218 | Order Denying Motion for Rehearing, Motion for Rehearing En Banc, Request for Written Opinion and Motion for Certification of Conflict. |

CASE NO: 16-cv-80870 ZLOCH/HUNT

| OO | 219 – 226 | Notice of Appeal – Case No. SC15-1389 |
|----|-----------|----------------------------------------|
| PP | 227 | Order Denying Petition – Case No. SC15-1389 |
| QQ | 228 | Fourth District Court Mandate – Case No. 4D13-767 |
| RR | 229 – 230 | Docket for U.S. Supreme Court – Case No. 15A447 |
| SS | 231 – 267 | Motion to Reopen Chapter 13 Case and for Adversary Proceedings |
| TT | 268 – 279 | Adversary Complaint |
| UU | 280 – 281 | Order Dismissing Bankruptcy Appeal |
| VV | 282 – 291 | Order Granting Motion for Sanctions |

CASE NO: 16-cv-80870 ZLOCH/HUNT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was E-filed with the United States District Court for the Southern District of Florida, on this 19th day of July 2016, and was served via Regular U.S. Mail and Certified Mail to Joseph L. Worrell, P.O. Box 30071, West Palm Beach, Fl. 33420-0071; E-mail: joworr@yahoo.com; and joseph.worrell@navy.mil.

                                        Becker & Poliakoff, P.A.
                                        Attorneys for Defendants
                                        Emigrant Mortgage Company, Inc.
                                        and Becker & Poliakoff, P.A.
                                        121 Alhambra Plaza
                                        10th Floor
                                        Coral Gables, FL  33134
                                        (305) 262-4433
                                        (305) 442-2232 Fax

                               By: _____
                                         Steven M. Davis
                                         Florida Bar # 894249

ACTIVE: E09475/377885:8751387_2