UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 16-80870-CIV-ZLOCH/HUNT

JOSEPH L. LEWELLYN WORRELL,

    Plaintiff,

v.

BECKER & POLIAKOFF, et al.,

    Defendants.

_____/

**ORDER**

This matter is before this Court sua sponte. Plaintiff has failed to respond to either Becker & Poliakoff's Motion to Dismiss, ECF No. 22, or Robert Weiner's Motion to Dismiss, ECF No. 38. However, in light of ECF No. 37, which is a notice filed by Plaintiff indicating that he was required to report for military duty for fourteen (14) days beginning July 24, 2016, Plaintiff will be provided with additional time to respond, as set forth below. Plaintiff is hereby notified that a failure to timely respond to either motion, or to comply with the Local Rules governing responses to motions, will result in the undersigned striking the response or recommending that the motion(s) to dismiss be granted as unopposed, or both.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

Plaintiff shall properly respond to both ECF No. 22 and ECF No. 38 on or before September 18, 2016.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 23rd day of August, 2016.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable William J. Zloch

All Counsel of Record

Joseph L. Worrell, Pro Se
P.O. Box 30071
West Palm Beach, FL 33420