```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 16-80870-CIV-ZLOCH
```

JOSEPH LLEWELLYN WORRELL,

    Plaintiff,

vs.                                           **O R D E R**

BECKER & POLIAKOFF, P.A.,
et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Defendant Alan J. Fisher, P.A.'s Amended Motion To Vacate Default (DE 63). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Defendant Alan J. Fisher, P.A.'s Amended Motion To Vacate Default (DE 63) be and the same is hereby **GRANTED**;

    2. The Court's Default As To Defendant Alan J. Fisher, P.A. (DE 48) be and the same is hereby **VACATED**, set aside, and of no further force or effect; and

    3. Defendant Alan J. Fisher, P.A.'s Motion To Dismiss Counts I, II, and III Of Plaintiff's Complaint And Motion To Strike Plaintiff's Claim For Punitive Damages (DE 61) is hereby deemed timely filed.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___14th___ day of November, 2016.

                                                 WILLIAM J. ZLOCH
                                               United States District Judge

Copies furnished:

All Counsel of Record