UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80870-CIV-ZLOCH

JOSEPH LLEWELLYN WORRELL,

    Plaintiff,

vs. **O R D E R**

BECKER & POLIAKOFF, P.A., et al.,

    Defendants.
_____/

THIS MATTER is before the Court upon Plaintiff's Motion For Rehearing, Reconsideration, And Objection To Order Vacating Default Against Defendant Alan J. Fisher (DE 65). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion For Rehearing, Reconsideration, And Objection To Order Vacating Default Against Defendant Alan J. Fisher (DE 65) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of November, 2016.

                                       WILLIAM J. ZLOCH
                                       United States District Judge

Copies furnished:

All Counsel of Record

Joseph Llewellyn Worrell, PRO SE
P.O. Box 30071
West Palm Beach, FL 33420

1