**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 17, 2017

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 16-17394-EE
Case Style: Joseph Worrell v. Becker & Poliakoff, P.A., et al
District Court Docket No: 9:16-cv-80870-WJZ

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson, EE
Phone #: (404) 335-6173

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-17394-EE
_____

JOSEPH LLEWELLYN WORRELL,

                                          Plaintiff-Appellant,

versus

BECKER & POLIAKOFF, P.A.,
ESQ. ROBIN R. WEINER,
EMIGRANT MORTGAGE COMPANY, INC.,
ALAN J. FISHER, PA,

                                          Defendants-Appellees.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

Before: HULL, WILLIAM PRYOR and JORDAN, Circuit Judges.

BY THE COURT:

      This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Appellant Joseph Llewellyn Worrell, appearing *pro se*, has appealed from the district court's November 14, 2016 order granting defendant Alan J. Fisher, P.A.'s motion to vacate an earlier entry of default. This order is not a final, appealable order. *See* 28 U.S.C. § 1291; *Reaves v. Sec'y, Fla. Dept. of Corr.*, 717 F.3d 886, 906 (11th Cir. 2013); *World Fuel Corp. v. Geithner*, 568 F.3d 1345, 1348 (11th Cir. 2009). Any pending motions are denied as moot.

      No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.