UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

FILED BY _____ D.C.

MAR 20 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO. 9:16-cv-80870 ZLOCH/HUNT

JOSEPH L. WORRELL, And Military Dependents,
Jointly and Severally,
    *Plaintiffs,*

v.

BECKER & POLIAKOFF, P.A.,
EMIGRANT MORTGAGE COMPANY INC., ET. Al.,
ROBIN R. WEINER, ESQ.,
ALAN J. FISHER, PA.
    *Defendants.*

_____/

**NOTICE OF FILING**

## FIRST AMENDED COMPLAINT FOR DAMAGES FROM WRONGFUL FORECLOSURE, FOR VIOLATION OF THE SERVICEMEMBER CIVIL RELIEF ACT, AND FOR VIOLATION OF OTHER FEDERALLY PROTECTED RIGHTS

Respectfully submitted,

Joseph Worrell, Pro Se.
P.O. Box 30071
West Palm Beach, FL 33420

Dated Monday, this 20th day of March, 2017.

### Certificate of Service:

I HEREBY CERTIFY this date that a true copy of the foregoing has been furnished via U.S. Mail / CM-ECF, upon the parties noted on the attached service list.

## SERVICE LIST

Joseph L. Worrell
P.O. Box 30071
West Palm Beach, FL  33420
joworr@yahoo.com; joseph.worrell@navy.mil

***VIA CM/ECF***
Steven M. Davis, Esq.
Becker & Poliakoff, P.A.
121 Alhambra Plaza
10th Floor
Coral Gables, FL  33134
sdavis@becker-poliakoff.com

***VIA CM/ECF***
Alan J. Fisher, Esq.
Alan J. Fisher, P.A..
433 Plaza Real
Suite 275
Boca Raton, FL 33432
alan@alanfisherpa.com

***VIA CM/ECF***
Nicole Wall, Esq.
Counsel for Defendant Robin R. Weiner
Cole, Scott & Kissane, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, FL  33401
Email: nicole.wall@csklegal.com